# EXHIBIT "3"

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 87781778
Filing Date: 02/02/2018

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87781778 |
| MARK INFORMATION | |
| *MARK | KINGDOM STUDIOS, LLC |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | KINGDOM STUDIOS, LLC |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Kingdom Studios, LLC |
| *STREET | 1916 Stanley Gault Pkwy |
| *CITY | Louisville |
| *STATE (Required for U.S. applicants) | Kentucky |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 40223 |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Kentucky |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Pre-recorded dvds and cds featuring Christian-themed productions; downloadable music and video recordings. |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 036 |
| *IDENTIFICATION | Financial investment in the production of movies and television services by others. |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 041 |
| | Video and audio production services; multi-media |

| | |
|---|---|
| *IDENTIFICATION | entertainment services in the nature of recording, production and post-production services in the field of films, movies, television series, and music; book publishing; entertainment services, namely, the provision of movies and video material via the Internet and cable television; film distribution. |
| FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| DISCLAIMER | No claim is made to the exclusive right to use STUDIOS, LLC apart from the mark as shown. |
| **ATTORNEY INFORMATION** | |
| NAME | Nicole M. Meyer |
| ATTORNEY DOCKET NUMBER | 75584-5 |
| FIRM NAME | Dickinson Wright PLLC |
| STREET | 1825 Eye Street, N.W., Suite 900 |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 202-257-0573 |
| FAX | (844) 670-6009 |
| EMAIL ADDRESS | dwtrademarks@dickinsonwright.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Jenny Slocum and Fred Hathaway |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Nicole M. Meyer |
| FIRM NAME | Dickinson Wright PLLC |
| STREET | 1825 Eye Street, N.W., Suite 900 |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20006 |
| PHONE | 202-257-0573 |
| FAX | (844) 670-6009 |
| *EMAIL ADDRESS | dwtrademarks@dickinsonwright.com; mdicarlo@dickinsonwright.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 3 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |

| | |
|---|---|
| **\*TOTAL FEE DUE** | 825 |
| **\*TOTAL FEE PAID** | 825 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Anthony J. Young/ |
| **SIGNATORY'S NAME** | Anthony J. Young |
| **SIGNATORY'S POSITION** | Principal |
| **SIGNATORY'S PHONE NUMBER** | 5027678136 |
| **DATE SIGNED** | 02/02/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87781778**
**Filing Date: 02/02/2018**

## To the Commissioner for Trademarks:

**MARK:** KINGDOM STUDIOS, LLC (Standard Characters, see mark)
The literal element of the mark consists of KINGDOM STUDIOS, LLC.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Kingdom Studios, LLC, a limited liability company legally organized under the laws of Kentucky, having an address of
   1916 Stanley Gault Pkwy
   Louisville, Kentucky 40223
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 009:  Pre-recorded dvds and cds featuring Christian-themed productions; downloadable music and video recordings.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

   International Class 036:  Financial investment in the production of movies and television services by others.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

   International Class 041:  Video and audio production services; multi-media entertainment services in the nature of recording, production and post-production services in the field of films, movies, television series, and music; book publishing; entertainment services, namely, the provision of movies and video material via the Internet and cable television; film distribution.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Disclaimer**
No claim is made to the exclusive right to use STUDIOS, LLC apart from the mark as shown.

The applicant's current Attorney Information:
   Nicole M. Meyer and Jenny Slocum and Fred Hathaway of Dickinson Wright PLLC     1825 Eye Street, N.W., Suite 900
   Washington, District of Columbia 20006
   United States
   202-257-0573(phone)
   (844) 670-6009(fax)
   dwtrademarks@dickinsonwright.com (authorized)
The attorney docket/reference number is 75584-5.

The applicant's current Correspondence Information:
   Nicole M. Meyer
   Dickinson Wright PLLC
   1825 Eye Street, N.W., Suite 900
   Washington, District of Columbia 20006
   202-257-0573(phone)
   (844) 670-6009(fax)
   dwtrademarks@dickinsonwright.com;mdicarlo@dickinsonwright.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's

attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $825 has been submitted with the application, representing payment for 3 class(es).

## Declaration

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Anthony J. Young/   Date: 02/02/2018
Signatory's Name: Anthony J. Young
Signatory's Position: Principal
Payment Sale Number: 87781778
Payment Accounting Date: 02/02/2018

Serial Number: 87781778
Internet Transmission Date: Fri Feb 02 13:07:02 EST 2018
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XXX-201802021307024
34845-87781778-5102a89c8c7f089884c8ca28b
d1b7fa65a6b8e051abb42d6b8327296333cf7591
-DA-9836-20180202104859035198

# KINGDOM STUDIOS, LLC