# EXHIBIT "4"

| | |
|---|---|
| **To:** | Kingdom Studios, LLC (dwtrademarks@dickinsonwright.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87781778 - KINGDOM STUDIOS, LLC - 75584-5 |
| **Sent:** | 5/18/2018 9:55:23 PM |
| **Sent As:** | ECOM114@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.**
  87781778

**MARK:** KINGDOM STUDIOS, LLC

\*87781778\*

**CORRESPONDENT ADDRESS:**
    NICOLE M. MEYER
    DICKINSON WRIGHT PLLC
    1825 EYE STREET, N.W.,
SUITE 900
    WASHINGTON, DC 20006

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Kingdom Studios, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
  75584-5
**CORRESPONDENT E-MAIL ADDRESS:**

  dwtrademarks@dickinsonwright.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 5/18/2018**

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## SUMMARY OF ISSUES THAT APPLICANT MUST ADDRESS

- Section 2(d) Refusal – Likelihoods of Confusion as to International Classes 009 and 041
- Identification of Goods and Services

## SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

## AS TO INTERNATIONAL CLASSES 009 AND 041

Registration of the applied-for mark is refused as to International Classes 009 and 041 because of a likelihood of confusion with the mark in U.S. Registration No. 3034139.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the attached registration.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant(s).  *See* 15 U.S.C. §1052(d).  Determining likelihood of confusion is made on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973).  *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017).  However, "[n]ot all of the [ *du Pont*] factors are relevant to every case, and only factors of significance to the particular mark need be considered."  *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1366, 101 USPQ2d 1713, 1719 (Fed. Cir. 2012) (quoting *In re Mighty Leaf Tea*, 601. F.3d 1342, 1346, 94 USPQ2d 1257, 1259 (Fed. Cir 2010)).  The USPTO may focus its analysis "on dispositive factors, such as similarity of the marks and relatedness of the goods [and/or services]."  *In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.* , 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *see* TMEP §1207.01.

The Marks

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression.  *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v).  "Similarity in any one of these elements may be sufficient to find the marks confusingly similar."  *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re 1st USA Realty Prof'ls, Inc.* , 84 USPQ2d 1581, 1586 (TTAB 2007)); *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB

1988)); TMEP §1207.01(b).

The applicant has applied to register the mark **KINGDOM STUDIOS, LLC** for, in relevant part,

> "International Class 009:  Pre-recorded dvds and cds featuring Christian-themed productions; downloadable music and video recordings

> International Class 041: Video and audio production services; multi-media entertainment services in the nature of recording, production and post-production services in the field of films, movies, television series, and music; book publishing; entertainment services, namely, the provision of movies and video material via the Internet and cable television; film distribution."

The registered mark is **KINGDOM** for, in relevant part,

> "IC 009: Blank audiocassettes and accessories, namely, audiocassette boxes and inserts, storage racks and displays, and labels; prerecorded audiocassettes featuring religious and secular themes relating to education, business and self-help; blank compact discs and accessories, namely, compact disc boxes and inserts, storage racks and displays, and labels; prerecorded compact discs featuring religious and secular themes relating to education, business and self-help; blank videotapes and accessories, namely, video tape boxes and inserts, storage racks and displays, and labels; prerecorded videotapes featuring religious and secular themes relating to education, business and self-help; sound recording, sound reproduction, and sound transmitting apparatus, namely, cassette players, cassette duplicators, portable cassette players, cassette/compact disc duplicators, compact disc players, compact disc duplicators, portable compact disc players, sound mixers, sound pitch controllers, amplifiers, pickups, wave transducers, voltage surge protectors, portable and wireless public address systems comprising speakers, amplifiers and microphones for sound enhancement for indoor and outdoor use and parts therefor, wired and wireless microphones and accessories, namely, cables, adapters, connectors, and stands, wireless microphone systems comprising wireless transmitters, wireless receivers, wireless tuners, wireless antennas, wireless antenna dividers, wireless antenna boosters and wireless microphones, speakers and speaker cabinets, speaker systems comprising speakers, powered subwoofers, amplifiers and pre-amplifiers, speaker stands, audio cables, adapters, and connectors headphones; video projectors and accessories, namely, cables, adapters, connectors, ceiling mounts, lenses; video cameras and accessories, namely, cables, adapters, connectors, lenses; video projection screens; overhead projectors and accessories, namely, carts, lamps and bulbs, lenses, transparencies; video cassette recorders and accessories, namely, cables, adapters, connectors; digital video cameras; digital video editors; and batteries.
> IC 041: Audio production services, namely, digital mastering custom jingles, DAT/CDR conversions, audio sweetening, remote recording, analog mastering, MIDI recording, and cassette and compact disc manufacturing; video production services, namely, video recording and production, digital editing, 3D animation, media graphics conversions, remote production, graphics and logo designs, post production service, laser disk/CDR mastering, engineering; interactive multimedia services featuring CD-ROM, videocassette and DVD-based interactive audio/video presentations, interactive title production, and DVD authoring all for use in the production and presentation of audio/video presentations; and production of television programs."

The marks share the term, KINGDOM. Marks may be confusingly similar in appearance where similar terms or phrases or similar parts of terms or phrases appear in the compared marks and create a similar overall commercial impression. *See Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce*, 228 USPQ 689, 690-91 (TTAB 1986), *aff'd sub nom. Canadian Imperial Bank of Commerce v. Wells Fargo Bank, Nat'l Ass'n* , 811 F.2d 1490, 1495, 1 USPQ2d 1813, 1817 (Fed. Cir. 1987) (finding COMMCASH and COMMUNICASH confusingly similar); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (finding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (finding MILTRON and MILLTRONICS confusingly similar); TMEP §1207.01(b)(ii)-(iii).

The examining attorney acknowledges the wording STUDIOS, LLC in the applied-for mark, however, the wording has been disclaimed apart from the mark as shown and carries less trademark significance. Although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression.  *See In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Nat'l Data Corp.* , 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii).  Disclaimed matter that is descriptive of or generic for a party's goods and/or services is typically less significant or less dominant when comparing marks. *See In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997); *In re Nat'l Data Corp.* , 753 F.2d at 1060, 224 USPQ at 752; TMEP §1207.01(b)(viii), (c)(ii).

Moreover, the term KINGDOM is the first word in the applied-for mark. Consumers are generally more inclined to focus on the first word, prefix, or syllable in any trademark or service mark.  *See Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005) ("VEUVE . . . remains a 'prominent feature' as the first word in the mark and the first word to appear on the label"); *In re Integrated Embedded*, 120 USPQ2d 1504, 1513 (TTAB 2016) ("[T]he dominance of BARR in [a]pplicant's

mark BARR GROUP is reinforced by its location as the first word in the mark."); *Presto Prods., Inc. v. Nice-Pak Prods., Inc.*, 9 USPQ2d 1895, 1897 (TTAB 1988) ("it is often the first part of a mark which is most likely to be impressed upon the mind of a purchaser and remembered" when making purchasing decisions).

The marks, in the instant case, create the same sound, mental reaction and overall commercial impression. When comparing marks, "[t]he proper test is not a side-by-side comparison of the marks, but instead 'whether the marks are sufficiently similar in terms of their commercial impression' such that [consumers] who encounter the marks would be likely to assume a connection between the parties." *In re U.S. Warriors Ice Hockey Program, Inc.*, 122 USPQ2d 1790, 1795 (TTAB 2017) (citing *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1368, 101 USPQ2d 1713, 1721 (Fed. Cir. 2012)); TMEP §1207.01(b).  The proper focus is on the recollection of the average purchaser, who retains a general rather than specific impression of trademarks. *In re Bay State Brewing Co.*, 117 USPQ2d 1958, 1960 (TTAB 2016) (citing *Spoons Rests. Inc. v. Morrison Inc.*, 23 USPQ2d 1735, 1741 (TTAB 1991), *aff'd per curiam* , 972 F.2d 1353 (Fed. Cir. 1992)); TMEP §1207.01(b).

Lastly, where the goods and/or services of an applicant and registrant are "similar in kind and/or closely related," the degree of similarity between the marks required to support a finding of likelihood of confusion is not as great as in the case of diverse goods and/or services. *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); *see Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1242, 73 USPQ2d 1350, 1354 (Fed. Cir. 2004); TMEP §1207.01(b).

The Goods and Services

The goods and/or services are compared to determine whether they are similar , commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

In the instant case, the parties have highly related, potentially identical pre-recorded DVDs, CDs, audio cassettes and video tapes featuring religious and Christian themes.  In addition, the parties have highly related, potentially identical audio and video production services and recording, production and post production services. The goods and services are such that they would marketed in the same channels of trade.

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i).  They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The attached Internet evidence, consisting of web pages and articles from the examining attorney's search in a computerized database, establishes that the same entity commonly provides the relevant services and markets the services under the same mark, that the relevant services are sold or provided through the same trade channels and used by the same classes of consumers in the same fields of use, and that the services are similar or complementary in terms of purpose or function.

The attached articles from the examining attorney search in a computerized database demonstrate CDs, DVDs, videos, and cassette recordings having a religious theme and provided under the same mark and marketed in the same channels of trade. In addition, the attached web pages evidence production, recording, and post production services provided under the same mark and marketed in the same channels of trade.

Article 1: ChristianMusic.Com – pre-recorded CDs with a Christian theme

Article 2: ICM Books Direct – CDs and DVDs with a Christian theme

Article 3: Holy Land Music and Videos – Jewish and Christian themes

Article 4-5: CreativaProduction.Com – audio and video production and post production services

Article 6: Lisbonworks – video and audio production and post production services

Thus, applicant's and registrant's goods and services are considered related for likelihood of confusion purposes.   *See, e.g.*, *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB 2009).

The marks are highly similar. The pre-recorded DVDs, CDs, audio cassettes and video tapes featuring religious and Christian themes, and the audio and video production services and recording, production and post production services  are very highly related. The similarities among the marks and the goods and services are so great as to be marketed in the same channels of trade and create a likelihood of confusion among consumers.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer.  *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993).  Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant.  TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

Accordingly, registration is refused under Section 2(d) of the Trademark Act.

**PRIOR FILED PENDING APPLICATION**
The filing date of pending U.S. Application Serial No. 87700317 precedes applicant's filing date.  See attached referenced application.  If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the two marks.  *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.*  Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced application.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application.  Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informality.

**IDENTIFICATION OF GOODS AND SERVICES**
The identification of goods is indefinite and must be clarified because the nature of the goods and the featured subject matter is not clearly specified.  *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.  In addition, the identification of services is indefinite and must be clarified because the nature and subject matter of the services is not clearly specified.  *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

Applicant must address the required clarifications and may adopt the following identification formats, if accurate:

IC 009: Pre-recorded DVDs and CDs featuring Christian-themed (*specify nature of productions, e.g., music, stories*); Downloadable *musical sound recordings* and video recordings *featuring (specify subject matter, e.g., Christian themed music and stories)*

IC 036: Financial investment in the production of movies and television services *of* others

IC 041: *Video production and production of audio recording services*; Multi-media entertainment services in the nature of recording, production and post-production services in the field of films, movies, television series, and music; Book publishing; *Entertainment services, namely, the provision of continuing (indicate format of entertainment, e.g., programs, segments, movies, shows) featuring (indicate type, e.g., commentary, comedy, news, etc.) delivered by* the Internet and cable television; *Provision of non-downloadable films and movies via a video-on-demand service*; Film distribution

Please note, the parentheses in the suggested identification formats are used to designate required clarifications and should not be included in the final identification.

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

## ASSISTANCE

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/AKhan/
Asmat Khan
Law Office 114
(571)-272-9453
asmat.khan@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: May 16, 2018**                                **78223471**

**TYPED DRAWING**

**Serial Number**
78223471

**Status**
REGISTERED AND RENEWED

**Word Mark**
KINGDOM

**Standard Character Mark**
No

**Registration Number**
3034139

**Date Registered**
2005/12/27

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Kingdom, Inc. CORPORATION PENNSYLVANIA P.O. Box 506, Lambs Creek Road
Mansfield PENNSYLVANIA 16933

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
Blank audiocassettes and accessories, namely, audiocassette boxes and
inserts, storage racks and displays, and labels; prerecorded
audiocassettes featuring religious and secular themes relating to
education, business and self-help; blank compact discs and
accessories, namely, compact disc boxes and inserts, storage racks and
displays, and labels; prerecorded compact discs featuring religious
and secular themes relating to education, business and self-help;
blank videotapes and accessories, namely, video tape boxes and
inserts, storage racks and displays, and labels; prerecorded
videotapes featuring religious and secular themes relating to
education, business and self-help; sound recording, sound
reproduction, and sound transmitting apparatus, namely, cassette
players, cassette duplicators, portable cassette players,
cassette/compact disc duplicators, compact disc players, compact disc
duplicators, portable compact disc players, sound mixers, sound pitch
controllers, amplifiers, pickups, wave transducers, voltage surge

**-1-**

**Print: May 16, 2018**                    **78223471**

protectors, portable and wireless public address systems comprising
speakers, amplifiers and microphones for sound enhancement for indoor
and outdoor use and parts therefor, wired and wireless microphones and
accessories, namely, cables, adapters, connectors, and stands,
wireless microphone systems comprising wireless transmitters, wireless
receivers, wireless tuners, wireless antennas, wireless antenna
dividers, wireless antenna boosters and wireless microphones, speakers
and speaker cabinets, speaker systems comprising speakers, powered
subwoofers, amplifiers and pre-amplifiers, speaker stands, audio
cables, adapters, and connectors headphones; video projectors and
accessories, namely, cables, adapters, connectors, ceiling mounts,
lenses; video cameras and accessories, namely, cables, adapters,
connectors, lenses; video projection screens; overhead projectors and
accessories, namely, carts, lamps and bulbs, lenses, transparencies;
video cassette recorders and accessories, namely, cables, adapters,
connectors; digital video cameras; digital video editors; and
batteries.  First Use: 1982/00/00.  First Use In Commerce: 1982/00/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: Books with religious and secular themes relating to education,
business and self-help; mail order catalogs featuring-- blank
audiocassettes and accessories, namely, audiocassette boxes and
inserts, storage racks and displays, and labels, prerecorded
audiocassettes featuring religious and secular themes relating to
education, business and self-help, blank compact discs and
accessories, namely, compact disc boxes and inserts, storage racks and
displays, and labels, prerecorded compact discs featuring religious
and secular themes relating to education, business and self-help,
blank videotapes and accessories, namely, videotape boxes and inserts,
storage racks and displays, and labels, prerecorded videotapes
featuring religious and secular themes relating to education, business
and self-help, sound recording, sound reproduction, and sound
transmitting apparatus, namely, cassette players, cassette
duplicators, portable cassette players, cassette/compact disc
duplicators, compact disc players, compact disc duplicators, portable
compact disc players, sound mixers, sound pitch controllers,
amplifiers, pickups, wave transducers, voltage surge protectors,
portable and wireless public address systems comprising speakers,
amplifiers and microphones for sound enhancement for indoor and
outdoor use and parts therefor, wired and wireless microphones and
accessories, namely, cables, adapters, connectors and stands, wireless
microphone systems comprising wireless transmitters, wireless
receivers, wireless tuners, wireless antennas, wireless antenna
dividers, wireless antenna boosters and wireless microphones, speakers
and speaker cabinets, speaker systems comprising speakers, powered
subwoofers, amplifiers and pre-amplifiers, speaker stands, audio
cables, adapters, and connectors, and headphones, video projectors and
accessories, namely, cables, adapters, connectors, ceiling mounts,
lenses, video cameras and accessories, namely, cables, adapters,
connectors, lenses, video projection screens, overhead projectors and

**Print: May 16, 2018**                    **78223471**

accessories, namely, carts, lamps and bulbs, lenses, transparencies,
video cassette recorders and accessories, namely, cables, adapters,
connectors, digital video cameras, digital video editors, batteries,
audio production services, namely, digital mastering custom jingles,
DAT/CDR conversions, audio sweetening, remote recording, analog
mastering, MIDI recording, and cassette and compact disc
manufacturing, video production services, namely, video recording and
production, digital editing, 3D animation, media graphics conversions,
remote production, graphics and logo designs, post production service,
laser disk/CDR mastering, engineering, interactive multimedia services
featuring file conversions and transfers, interactive title
production, media printing services, streaming web files and DVD
authoring, and production of television programs.  First Use:
1987/00/00.  First Use In Commerce: 1987/00/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Electronic,
telephonic and mail-order retail services featuring-- books with
religious and secular themes relating to education, business and
self-help, blank audiocassettes and accessories, namely, audiocassette
boxes and inserts, storage racks and displays, and labels, prerecorded
audiocassettes featuring religious and secular themes relating to
education, business and self-help, blank compact discs and
accessories, namely, compact disc boxes and inserts, storage racks and
displays, and labels, prerecorded compact discs featuring religious
and secular themes relating to education, business and self-help,
blank videotapes and accessories, namely, video tape boxes and
inserts, storage racks and displays, and labels, prerecorded
videotapes featuring religious and secular themes relating to
education, business and self-help, sound recording, sound
reproduction, and sound transmitting apparatus, namely, cassette
players, cassette duplicators, portable cassette players,
cassette/compact disc duplicators, compact disc players, compact disc
duplicators, portable compact disc players, sound mixers, sound pitch
controllers, amplifiers, pickups, wave transducers, voltage surge
protectors, portable and wireless public address systems comprising
speakers, amplifiers and microphones for sound enhancement for indoor
and outdoor use and parts therefor, wired and wireless microphones and
accessories, namely, cables, adapters, connectors and stands, wireless
microphone systems comprising wireless transmitters, wireless
receivers, wireless tuners, wireless antennas, wireless antenna
dividers, wireless antenna boosters and wireless microphones, speakers
and speaker cabinets, speaker systems comprising speakers, powered
subwoofers, amplifiers and pre-amplifiers, speaker stands, audio
cables, adapters, and connectors, headphones, video projectors and
accessories, namely, cables, adapters, connectors, ceiling mounts,
lenses, video cameras and accessories, namely, cables, adapters,
connectors, lenses, video projection screens, overhead projectors and
accessories, namely, carts, lamps and bulbs, lenses, transparencies,
video cassette recorders and accessories, namely, cables, adapters,
connectors, digital video cameras, digital video editors, batteries,

**Print: May 16, 2018**                    **78223471**

audio production services, namely, digital mastering custom jingles,
DAT/CDR conversions, audio sweetening, remote recording, analog
mastering, MIDI recording, and cassette and compact disc
manufacturing, video production services, namely, video recording and
production, digital editing, 3D animation, media graphics conversions,
remote production, graphics and logo designs, post production service,
laser disk/CDR mastering, engineering, interactive multimedia services
featuring file conversions and transfers, interactive title
production, media printing services, streaming web files and DVD
authoring, and production of television programs.  First Use:
1987/00/00.  First Use In Commerce: 1987/00/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Audio
production services, namely, digital mastering custom jingles, DAT/CDR
conversions, audio sweetening, remote recording, analog mastering,
MIDI recording, and cassette and compact disc manufacturing; video
production services, namely, video recording and production, digital
editing, 3D animation, media graphics conversions, remote production,
graphics and logo designs, post production service, laser disk/CDR
mastering, engineering; interactive multimedia services featuring
CD-ROM, videocassette and DVD-based interactive audio/video
presentations, interactive title production, and DVD authoring all for
use in the production and presentation of audio/video presentations;
and production of television programs.  First Use: 1987/00/00.  First
Use In Commerce: 1987/00/00.

**Filing Date**
2003/03/10

**Examining Attorney**
RAUEN, JAMES A.

**Attorney of Record**
William H. Logsdon, Registration No. 22,132

-4-

**Print: May 16, 2018**                    **87700317**                    **Issue: 0000/00/00**

**DESIGN MARK**

**Serial Number**
87700317

**Status**
PUBLISHED FOR OPPOSITION

**Word Mark**
KINGDOMWORKS STUDIOS

**Standard Character Mark**
Yes

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Jeremy Wiles INDIVIDUAL UNITED STATES 7000 SE Federal Hwy Ste 100
Stuart FLORIDA 34997

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Book
publishing; Film studios; Film and video film production; Publishing
books in the field of education, religion and entertainment;
Publishing e-books in the field of education, religion and
entertainment; Media production services, namely, video and film
production; Motion picture film production; Multimedia entertainment
services in the nature of development, production and post-production
services in the fields of video and films.  First Use: 2010/01/01.
First Use In Commerce: 2012/01/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STUDIOS" APART FROM
THE MARK AS SHOWN.

**Filing Date**
2017/11/28

**Examining Attorney**
MCPHERSON-RAYBURN, SHA

**Attorney of Record**
Jenna L. Harris

-1-

# KingdomWorks Studios

https://www.christianbook.com/page/music          05/18/2018 09.07.41 PM



https://www.christianbook.com/page/music...          05/18/2018 09:07:41 PM



Key

Media Type
- Digital Products
- Physical Products
- Audio CD
- Blu-ray Disc
- CD
- CD-Rom
- DVD
- DVD-Rom
- eBook
- MP3
- MP3 CD
- PDF
- Purchase Streaming
- Rent Streaming
- Vinyl Record

Series

DRM

Personalization

Author / Artist

Publisher

Top Rated

Price

Discount

**ADVANCED SEARCH LINKS**
Advanced Search
Bible Finder
Homeschool Finder
Song Search

Songwriter Alisa Turner has experienced her share of struggles on life's journey. As a child and teen, she suffered for years under a then mysterious illness, singing songs and praying to carry herself through difficult times. Through numerous rounds of testing and ineffective medicine, Alisa's own research eventually found that she had been afflicted with Lyme disease- curable if discovered early. Because it went unaddressed for over twenty years, she would likely face treatment for the rest of her life.
Undaunted by the path that lays ahead of her, Alisa has turned her experiences with depression, chronic pain, and illness into a series of inspiring songs chronicling the faith and music that carry her through trying times. >**More**

*New Releases*                                                      MORE

| Save 17% | Save 29% | Save 17% | Save 17% |
|---|---|---|---|
| Miracle or Not | God of the Impossible | Stir A Passion | The Answer |
| Alisa Turner | Lincoln Brewster | Worship Central | Jason Nelson |
| $11.99 **$9.99** | $12.99 **$9.99** | $11.99 **$9.99** | $0.99 **$0.29** |

*Featured Artist- Lincoln Brewster*                                 READ MORE

Raised by an encouraging mom in small-town Alaska, Lincoln Brewster began displaying his musical gifts from an early age. As a teen, Lincoln moved to southern California, and continued to hone his skills in a variety of high school bands. He gained attention for his exceptional guitar playing, and while turning down an early recording contract, earned a spot on tour with Journey frontman Steve Perry.

Following this larger-than-life experience, Brewster began directing music and youth worship for his local church in California. In the late 1990s, a brief move to Nashville for ministry led to a meeting with Integrity Music, which resulted in his self-titled national debut. >**More**

| *Top Pages* | *Shop By Genre* |
|---|---|
| • New Releases    • Bargains | • Worship    • Hymns |

- Pre-Orders
- Bestsellers
- MP3s
- Vinyl
- DVD

- WOW Collections
- Radio Hits
- Artist Index
- Accompaniment
- Gaither Shop

- Contemporary
- Gospel
- Country/So Gospel
- Rock/Alternative
- R&B/Hip Hop

- Children
- Spanish
- Instrumental
- Classical
- Wedding

*Pre-Orders*                                                MORE

| | | | |
|---|---|---|---|
| Save 50% | Save 17% | Save 17% | Save 29% |
| Breakthrough | Fearless | Only A Holy God | The World's Favorite Gospel Songs |
| Chris McClarney | Jasmine Murray | Here Be Lions | Various Artists |
| ~~$0.00~~ **$8.99** | ~~$11.99~~ **$9.99** | ~~$11.99~~ **$9.99** | ~~$11.99~~ **$9.99** |

*Gaither Favorites $9.99 or Less*                  GAITHER SHOP

| | | | |
|---|---|---|---|
| Save 39% | Save 43% | Save 39% | Save 29% |
| ★★★★★ | We Have This Moment | Hymnal | Blessed: Hymns And Songs Of Faith |
| Hymns That Are Important to Us, CD | Gaither Vocal Band | David Phelps | Bradley Walker |
| Joey+Rory | ~~$13.99~~ **$7.99** | ~~$11.99~~ **$9.99** | ~~$11.99~~ **$9.99** |
| ~~$11.99~~ **$9.99** | | | |

*Recommended Music*                                         MORE

https://www.christianbook.com/page/music...        05/18/2018 09:07:41 PM



Save 33% | Save 21% | Save 57% | Save 17% | Save 50%

★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★

I Can Only Imagine: The Very Best of... | WOW Hits 2018, Deluxe Edition | Never Lose Sight | Lifer, CD | Reckless Love

MercyMe | Various Artists | Chris Tomlin | MercyMe | Cory Asbury

$11.50 **$7.99** | $12.99 **$14.99** | $12.99 **$5.99** | $11.99 **$9.99** | $9.99 **$8.99**

## Ultimate Worship Collections On Sale



*The Ultimate Collection* series gathers signature hits from Christian music's top songwriting talents, offering a vivid snapshot of the artist's deep catalog of music. This installment focuses on Integrity Music's roster of prolific auteurs, from classic praise to driving modern sounds, Messianic worship and more. For a limited time, worshipful collections from all-time greats like Don Moen, Paul Baloche, Matt Redman, Delirious?, and others at $7.99 or less!

## Music Bestsellers by Genre

VIEW ALL BESTSELLERS

WORSHIP ▾ | **MORE**



Save 14% | Save 10% | | Save 30% | Save 29% | Save 43%

★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★

There Is More | Reckless Love | Surrounded (Live) | God of the Impossible | Glory Song

Hillsong Worship | Cory Asbury | Michael W. Smith | Lincoln Brewster | Matt Redman

$13.99 **$11.99** | $9.99 **$8.99** | $13.99 **$9.79** | $12.99 **$9.99** | $13.99 **$7.99**

https://www.christianbook.com/page/music          05/18/2018 09:07:41 PM



https://www.christianbook.com/page/music          05/18/2018 09:07:41 PM



Shop for Christian Music on CD, MP3, and vinyl, with the latest new releases and future favorites, plus bargains, bestsellers and more. Browse our huge selection of Worship, Gospel, contemporary Christian, kids' and Classical music, plus find this year's award winners, featured artists, and WOW collections.

SIGN UP TO RECEIVE
EXCLUSIVE EMAIL OFFERS
YOU CAN UNSUBSCRIBE AT ANY TIME

Enter Email Address   SIGN UP

CONNECT WITH US

**ACCOUNT**
Checkout
Account
Order History
Wishlist
Cart
Subscribe Email
Unsubscribe Email

**SHIPPING & RETURNS**
Shipping & Handling Rates
Easy Returns

**SERVICES**
Affiliate Program
Gift Cards
Membership
Self-Publishing

**CATALOG**
Catalog Quick Shop
Online Catalogs
Request our Catalogs

**COMMUNITY**
Social Media
Prayer Wall
Author Profiles

**ABOUT US**
Company Info.
Job Opportunities

**HELP**
Customer Service
FAQ

**SHOPS**
Bibles
Homeschool
Bargains
VBS
Christian Living
Toys
Gifts
Kids
LiVLin
Fiction
Music
Academics

Christianbook.com
1-800-CHRISTIAN
EVERYTHING CHRISTIAN FOR LESS!

1-800-CHRISTIAN
1-800-247-4784
(Outside the United States
and Canada Call: 978-977-5000)

Email Us

140 Summit St. Peabody, MA 01960

Tax Information for LA, RI, VT, and WA Residents     Conditions of Use     Privacy Notice     © 2016 Christianbook.com, LLC     * 44 * "A"

https://www.icmbooksdirect.co.uk/category/16/music-cds-and-dvds          05/18/2018 09:13:14 PM



https://www.icmbooksdirect.co.uk/category/16/music-cds-and-dvds        05/18/2018 09:13:14 PM



Copyright © ICM Books Direct 2010 | All Rights Reserved                                    Site Design and Development by GCD Technologies

https://www.jesusboat.com/israel-dvd-and-cd/          05/18/2018 09:14:21 PM



### Music and Video from the Holy Land: Fill Your Senses with Faith

In addition to the rich history of the land, the Bible is also filled with poems, psalms and literary work of art that aims to capture the emotions of the writers such as David, Solomon, the sons of Korah, and the even Moses. It is not unusual for an individual who might desire to delve deeper on these things about Israel. You can experience the beauty of the Holy Land from afar by watching a documentary and listening to actual psalms or even traditional Hebrew folk songs to enhance your spiritual walk.

Inspirational CDs from Israel

**Read more ⌄**

https://www.jesusboat.com/israel-dvd-and-cd/          05/18/2018 09:14:21 PM








**Israel Celebrated 60 Years of Independence (Audio CD)**

**Songs of Israel (Audio CD)**

**Israel Celebra Al Mesias (Audio CD)**

**Follow Me: The Story of the Six Day War (DVD)**

**Your Favorite Psalms (Audio CD)**

**In the Footsteps of Jesus (DVD)**

Item # : CD063
**Price $15.86**

Item # : CD022
**Price $15.86**

Item # : CD060
**Price $15.86**

Item # : DV003
**Price $23.14**

Item # : CD004
**Price $15.86**

Item # : DV033
**Price $23.14**









**Jerusalem Sings (Audio CD)**

**Awake O Israel (Audio CD)**

**CD Arise and Have Mercy**

**Israel Birth of a Nation (DVD)**

**Wars of Israel (DVD)**

**The Story of Yom Kippur War (DVD)**

Item # : CD006
**Price $15.86**

Item # : CD010
**Price $15.86**

Item # : CD024
**Price $15.86**

Item # : DV006
**Price $23.14**

Item # : DV002
**Price $23.14**

Item # : DV004
**Price $23.14**



https://www.jesusboat.com/israel-dvd-and-cd/          05/18/2018 09:14:21 PM



**1st Century Galilee Boat
(DVD)**

Item # : DVD16
**Price $16.29**

| Customer Service | About Accounts | Ordering & Checkout | About Us |
|---|---|---|---|
| Customer Service | About Accounts | Ordering & Checkout | More Information |
| Contact Us | Forgot your Password? | How to Order | About Us |
| FAQs | Terms & Conditions | Shipping Rates and Polices | |
| Return and Refund Policy | | Payment Policy | |
| Cancellation Policy | | Privacy and Security | |
| About our T-shirt sizes | | About our Gift Cards | |
| | | About our Coupons | |

Some of our most popular items for your shopping convenience:

Holy Land Apparel | Messianic Jewelry | Dead Sea Cosmetics | Inspirational Pendants

Tallit (Prayer Shawls) | Anointing Oils | Apply for Wholesale Account



http://www.creativaproduction.com/en/audio-production-services/        05/18/2018 09:16:02 PM



http://www.creativaproduction.com/en/video-production-services/          05/18/2018 09:17:43 PM



http://www.lisbonworks.com/service/video-and-audio-production/          05/18/2018 09:18:52 PM



## VIDEO & AUDIO PRODUCTION
Video & Audio Production and Post-Production services

_____

PRODUCTION AND POST-PRODUCTION SERVICES FOR CORPORATE AND
COMMERCIAL VIDEOS

We have the right creative team for TV and Radio Spots, Corporate or Web/Social Media
videos. Besides full production, we also offer post-production services that includes Video
Editing, Motion Graphics, Music Scoring and Color Correction.

YEARS OF EXPERIENCE IN AUDIO DUBBING, VOICEOVER AND MIXING FOR FILM,
TV, RADIO AND ONLINE.

http://www.lisbonworks.com/service/video-and-audio-production/          05/18/2018 09:18:52 PM



**TV, RADIO AND ONLINE**

With a fully equipped audio post-production studio we can provide audio dubbing, editing and mixing for TV and Radio Spots, Documentaries, TV Series and Features. Other sound post-production services includes ADR, Foley, and Sound Design supported by acclaimed talent, state-of-the-art facilities and leading-edge technology.

I WANT MORE INFO

**EXPLORE OUR OTHER SERVICES**
WE HAVE A LOT MORE TO OFFER

© 2018 LisbonWorks. All Rights Reserved

| | |
|---|---|
| **To:** | Kingdom Studios, LLC (dwtrademarks@dickinsonwright.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87781778 - KINGDOM STUDIOS, LLC - 75584-5 |
| **Sent:** | 5/18/2018 9:55:24 PM |
| **Sent As:** | ECOM114@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **5/18/2018** FOR U.S. APPLICATION SERIAL NO. 87781778

Please follow the instructions below:

**(1)  TO READ THE LETTER:**  Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  TIMELY RESPONSE IS REQUIRED:**  Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period.  Your response deadline will be calculated from **5/18/2018** (*or sooner if specified in the Office action*).  A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period.  For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.  Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3)  QUESTIONS:**  For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney.  For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.**  For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp**.**

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."  For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.